# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2421
LT Case No. 2016-DR-001917

———————————————

LIONEL BARNES,

    Appellant,

    v.

APRIL BARNES,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

Dulce B. Fazel, of Dulce B. Fazel, P.A., Phoenix, AZ, for
Appellant.

Michael A. Tupper, of Tupper Law, P.A., Jacksonville, for
Appellee.

June 11, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---